UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE CLINICAL          *
LAW OFFICE OF THE UNIVERSITY           *
OF MARYLAND FRANCIS KING               *   Misc. No. 04-MC-60
CAREY SCHOOL OF LAW                    *

## ORDER

After reviewing the Petition of the University of Maryland Francis King Carey School of Law, and finding that the students listed in Attachments 1 and 2 are in their final two years of law school, that they will be supervised by attorneys who are admitted to practice before this Court, and finding that the other requirements of Local Rule 702 of this Court have been met, it is hereby

ORDERED, that the named law students at the University of Maryland Francis King Carey School of Law, set forth in Attachment 1, are hereby certified by this Court pursuant to Local Rule 702 as being eligible to practice in this Court in connection with a Law School Clinical Program until May 31, 2026.

_____
Judge George L. Russell III
U.S. District Court of Maryland

8/13/2025
Date